## Commonwealth v. Rucker.

(Decided January 12, 1923.)

### Appeal from Shelby Circuit Court.

Criminal Law—New Trial.—Affirmed upon authority of Com. v. Harris, 147 Ky. 702.

CHAS. I. DAWSON, Attorney General, THOS. B. McGREGOR, Assistant Attorney General, and H. B. KINGSOLVING, JR., for appellant.

GEO. L. PICKET and T. B. ROBERTS for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE SAMPSON—Affirming.

This appeal by the Commonwealth from an order of the circuit court, granting a new trial in a misdemeanor case, is affirmed, it appearing that the trial court did not abuse a sound discretion in granting the new trial. Commonwealth of Kentucky v. Harris, 147 Ky. 702.